**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                          CASE NO.  3:01-cr-308-J-20HTS

JOHN KENT JARVIS

---

**O R D E R**

This cause is before the Court on a memorandum received from Benjamin F. Bridgman, Supervising United States Probation Officer, in which it is requested that Pretrial Services monitor Mr. Jarvis' supervision, including substance abuse and mental health treatment, until his voluntary surrender.  Mr. Bridgman further requests that Mr. Jarvis be permitted to travel to North Carolina to bring his son home for the holidays.  Upon consideration,

**IT IS ORDERED:**

Mr. Bridgman's requests are **GRANTED** and Pretrial Services shall supervise Mr. Jarvis, including substance abuse and mental health treatment, until his voluntary surrender in accordance with the Supervised Release Revocation and Judgment and Commitment (Doc. #55), entered on November 30, 2005.  Mr. Jarvis is permitted to travel to North Carolina and shall coordinate such travel with Pretrial Services.  The Order Setting

Conditions of Release (Doc. #51), entered on November 1, 2005, is considered so **MODIFIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of December, 2005.

/s/   Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Asst. U. S. Attorney (Henry)
Robert S. Willis, Esquire
U.S. Probation
U.S. Pretrial
U.S. Marshal
Defendant